UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CINDY CAPUTE, DOROTHY LIMBACH and
LATASHA WALLER, on behalf of themselves and
all other persons similarly situated,

                Docket No.: 22-CV-04673
                (JMA) (ARL)

                Plaintiffs,

      -against-

THE NEW FULTON COMMONS COMPANY LLC,

                Defendant.
------------------------------------------------------------------------X

## PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiffs CINDY CAPUTE, DOROTHY LIMBACH, LATASHA WALLER, JANICE CHERNOFSKY, MARIE BENOIT, and STEPHANIE DIAMOND hereby accept Defendant's Offer of Judgment dated December 15, 2023, attached hereto as Exhibit A.

Dated: Hauppauge, New York
       December 15, 2023.

                Respectfully Submitted,

                ROMERO LAW GROUP PLLC
                *Attorneys for Plaintiffs*
                490 Wheeler Road, Suite 277
                Hauppauge, New York 11788
                Tel.:   (631) 257-5588
                Email: mfarnworth@romerolawny.com

      By:      */s/ M. J. Farnworth*
                  MATTHEW J. FARNWORTH, ESQ.

**CERTIFICATE OF SERVICE**

      I, Matthew J. Farnworth, Esq., hereby certify that on this date, December 15, 2023, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment*, dated December 15, 2023, was served via ECF and electronic mail to the following:

    Avery S. Mehlman, Esq.
    Pamela Frederick, Esq.
    Herrick, Feinstein LLP
    *Attorneys for Defendants*
    Two Park Avenue
    New York, New York 10016
    Direct: (212) 593-1591
    Email: amehlman@herrick.com
           pfrederick@herrick.com

                                                       MATTHEW J. FARNWORTH, ESQ.