**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CINDY CAPUTE, DOROTHY LIMBACH and
LATASHA WALLER, on behalf of themselves and all
other persons similarly situated,

                Plaintiffs,

  - against -                                              **JUDGMENT**
                                                                   CV 22-4673 (JMA) (ARL)

THE NEW FULTON COMMONS COMPANY LLC,

                Defendant.
-------------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on December 15, 2023; accepting Defendant's December 15, 2023 offer to allow judgment against it in the amount of $160,000.00, inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all claims against Defendant alleged in Plaintiffs' Amended Complaint, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiffs Cindy Capute, Dorothy Limbach, Latasha Waller, Janice Chernofsky, Maire Benoit, and Stephanie Diamond against Defendant NY Fresh Mex LLC in the amount of $160,000.00, inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all claims against Defendant alleged in Plaintiffs' Amended Complaint; and that this case is closed.

Dated:  December 18, 2023
         Central Islip, New York

                                                                           BRENNA B. MAHONEY
                                                                           CLERK OF COURT
                                                       By:    /s/ James J. Toritto
                                                                           Deputy Clerk